UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/2/19

THOMAS J. OLSEN, *individually and on behalf of all other persons similarly situated*,

        Plaintiff,

v.

ME.N.U. KIDS LLC,

        Defendant.

No. 19-CV-7246 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 8, 2019, Defendant Me.N.U. Kids LLC was served with a copy of the summons and the complaint in this action. *See* Dkt. 6. Defendant's answer was due on August 29, 2019. As of today's date, however, Defendant has not filed an answer or otherwise appeared in this action. Accordingly, the initial status conference scheduled for December 6, 2019 is hereby adjourned *sine die*. No later than December 9, 2019, Plaintiff shall inform the Court whether he intends to move for default judgment.

SO ORDERED.

Dated:    December 2, 2019
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge